UNITED STATES of America, Plaintiff-Appellee,

v.

Kirk JENKINS, also known as Pimp Jenkins, Defendant-Appellant.

No. 16-30509
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 12/15/2016

Jeffrey Keith Sandman, Kevin G. Boitmann, Assistant U.S. Attorneys, Diane Hollenshead Copes, Esq., Assistant U.S. Attorney, Nolan D. Paige, U.S. Attorney's Office, Eastern District of Louisiana, New Orleans, LA, for Plaintiff-Appellee

Kirk Jenkins, Pro Se

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Kirk Jenkins has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Jenkins has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. Though counsel does not specifically address the validity of the ap-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

peal waiver in Jenkins's plea agreement, there is no indication in the record that Jenkins's ratification of the plea agreement was anything but knowing and voluntary. As such, we concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED in part as frivolous, *see* 5TH CIR. R. 42.2, and in part as moot based on Jenkins's completion of his term of imprisonment, *see United States v. Heredia–Holguin*, 823 F.3d 337, 340–42 (5th Cir. 2016).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

